UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE No. 5:21-CT-03038-FL

| | |
|---|---|
| FRANKLIN BOWDEN, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| LT. WHEELER, *et. al* | ) |
| Defendants. | ) |

THIS MATTER is before the Court pursuant to Defendants' Motion to Seal Plaintiff's medical records attached to **DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY [DE-56] AND MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL AND MOTION FOR DISCOVERY SANCTIONS [DE-62]** as Exhibit 2, pages stamped 0119-0719. The materials contain confidential protected health records.

For GOOD CAUSE shown, the Court will grant the Motion to Seal and ORDER that Defendant's Exhibit 2, pages stamped 0119-0719, regarding [DE-65] shall be sealed.

SO ORDERED.

This the __23rd__ day of November, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge